IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 04-cr-00066-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL SHANAHAN,

    Defendant.

---

ORDER AUTHORIZING DISCLOSURE OF PRESENTENCE REPORT

---

Upon application of the defendant, without opposition, and good cause appearing, IT IS HEREBY ORDERED THAT

The presentence report, including the addendum, prepared in the above-captioned case may be disclosed to authorities in Bakersfield, California, for purposes of trying to resolve the probation violation case pending against the defendant in Bakersfield, California Superior Court case number BM647405A.

SO ORDERED:

This 2nd day of May, 2006.

                                              s/ Edward W. Nottingham
                                              United States District Judge